| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) DITTER, JR., J. WILLIAM | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE INDEPENDENCE MALL WEST PHILADELPHIA, PA. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Consultors | Villanova University School of Law |
| 2. | Co-trustee | ███████ trust |
| 3. | Co-trustee | ███████ trust |
| 4. | Co-trustee | ██████ trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 19 P 12: 32 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Archer Daniels Midland, common | A | Dividend | K | T | | | | | |
| 2. Alliance Fund, Cap A, Mid Cap Growth | | None | K | T | | | | | |
| 3. Eastman Kodak, common | A | Dividend | J | T | | | | | |
| 4. Equitable Resources, common | B | Dividend | L | T | | | | | |
| 5. Kinross Gold, common | | None | J | T | | | | | |
| 6. Wachovia Corporation, common | A | Dividend | K | T | | | | | |
| 7. Mellon Financial Corp., common | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil Corporation, common | B | Dividend | M | T | | | | | |
| 9. Marshall & Isley Corp., common | A | Dividend | J | T | | | | | |
| 10. National Security Ins. Co., common | A | Dividend | J | T | | | | | |
| 11. PPL Corporation, common | C | Dividend | M | T | | | | | |
| 12. Exelon, common | B | Dividend | K | T | | | | | |
| 13. PNC Financial, common | A | Dividend | K | T | | | | | |
| 14. Union National Bank | A | Interest | J | T | | | | | |
| 15. Union National Bank | A | Interest | J | T | | | | | |
| 16. Union National Bank | A | Interest | J | T | | | | | |
| 17. Ursinus College Pooled Income Fund | A | Dividend | K | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Mellon Financial Corporation | A | Interest | J | T | | | | | |
| 19. ▮▮▮▮▮Trust | B | Dividend | M | T | | | | | |
| 20. -PPL Corporation, common | | | | | | | | | |
| 21. -Magellan Fund | | | | | Partial Sale | 1/2 | J | A | |
| 22. -Magellan Fund | | | | | Partial Sale | 2/8 | J | A | |
| 23. -Magellan Fund | | | | | Partial Sale | 3/8 | J | A | |
| 24. -Magellan Fund | | | | | Partial Sale | 5/6 | J | A | |
| 25. -Magellan Fund | | | | | Partial Sale | 7/14 | J | A | |
| 26. -Magellan Fund | | | | | Partial Sale | 8/3 | J | A | |
| 27. -Magellan Fund | | | | | Partial Sale | 12/13 | J | A | |
| 28. ▮▮▮▮▮Trust | B | Dividend | L | T | | | | | |
| 29. -PPL Corporation, common | | | | | | | | | |
| 30. -Magellan Fund | | | | | Partial Sale | 1/2 | J | B | |
| 31. -Magellan Fund | | | | | Partial Sale | 12/13 | J | A | |
| 32. Schering Plough, common | B | Dividend | M | T | | | | | |
| 33. ▮▮▮▮▮Trust | B | Dividend | K | T | | | | | |
| 34. -PPL Corporation, common | | | | | | | | | |
| 35. -Merck & Co., Inc., common | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DITTER, JR., J. WILLIAM | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 36.    -Medco Health Solutions,    common | | | | | | | | | |
| 37.    Eastman Chemical, common | A | Dividend | J | T | | | | | |
| 38.    Medtronic Inc., common | A | Dividend | J | T | | | | | |
| 39.    Prudential Financial, Inc., common | | None | J | T | | | | | |
| 40.    General Electric, common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>DITTER, JR., J. WILLIAM | Date of Report<br><br>5/15/2005 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Explanations for Part VII

Line 17. In previous years a gift was given to the College as a result of which we receive an annuity. Although the value of the shares from which this income is derived is shown, those shares actually belong to the College.

Lines 21, 22, 23, 24, 25, 26, and 27: Shares of Magellan Fund were liquidated on 1/2/04 and 2/8/04 to pay for tuition; on 3/8/04 to pay for books; on 5/6/04 to pay for tuitioin and taxes; on 7/14/04 to pay for tuition and aparment rent; and on 8/3/04 and 12/13/04 to pay for tuition and living expenses.

Lines 30 and 31. Shares of Magellan Fund were liquidated on 1/2/04 to pay for tuition and the purchase of a used automobile and on 12/13/04 to pay for tuition and autombile repair.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat_____     Date  May 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544